IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL EARL DAVIS,<br><br>　　　　*Plaintiff,*<br><br>　v.<br><br>WELLS FARGO U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE STRUCTURED ASSET INVESTMENT LOAN TRUST 2005-11,<br><br>　　　　*Defendant.* | CIVIL ACTION<br>NO. 16-06042 |

## ORDER

**AND NOW**, this 4th day of May, 2017, upon consideration of the Defendant's Motion to Dismiss (ECF No. 7), the Plaintiff's response, (ECF No. 8), the Defendant's reply, (ECF No. 9), and the Plaintiff's sur-reply, (ECF No. 10), it is hereby **ORDERED** that the Motion is **GRANTED**. The Amended Complaint, (ECF No. 2), is **DISMISSED** for lack of subject-matter jurisdiction.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　***/s/ Gerald J. Pappert***
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.

1